435 A.2d 921

Commonwealth v. Clymer, Appellant.
Petition for Allowance of Appeal Denied March 18, 1982.

Submitted June 13, 1980.   Philip D. Lauer, for appellant;  Edward Zamborsky, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

435 A.2d 921

Commonwealth v. Duncan, Appellant.

Submitted March 6, 1980.   Marilyn C. Zilli, Assistant Public Defender, for appellant;  Marion E. MacIntyre, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

The order of the lower court is affirmed.